1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief Civil Division
   ROBYN-MARIE LYON MONTELEONE
4  Assistant United States Attorney
   Chief General Civil Section
5  RUSSELL W. CHITTENDEN
   Assistant United States Attorney
6  California Bar Number 112613
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2444
        Facsimile: (213) 894-7819
9       Email: Russell.Chittenden@usdoj.gov

10 Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUPER BARGAIN #1,<br><br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES, and DOES 1-100, Inclusive,<br><br>　　　　Defendant. | NO. EDCV 16-00546-PA(SPx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1 | The parties having filed a Stipulation for Compromise Settlement and
2 | Dismissal,
3 | IT IS HEREBY ORDERED that Plaintiffs action is dismissed with
4 | prejudice in its entirety.
5 | DATED: December 15, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented By:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section


*/s/ Russell W. Chittenden*
RUSSELL W. CHITTENDEN
Assistant United States Attorney